THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES B. SMITH, Appellant.

Submitted October 1, 1945; decided October 11, 1945.

*James B. Smith,* in person, for motion.

No one opposed.

Motion denied on the ground that no appeal lies to this court.